## Marple v. Banister, et al.

(Decided December 20, 1912).

## Appeal from Marion Circuit Court.

Deeds—Construction of—Defeasible Fee.—The question raised on this appeal is identical with that in Violett v. Purdy, et al., this day decided, and this case is affirmed upon the authority of the opinion in that case.

H. W. RIVES for appellant.

H. S. McELROY and W. W. SPALDING for appellees.

OPINION OF THE COURT BY JUDGE TURNER—Affirming.

In the case of Violet v. Purdy, &c., in an opinion this day rendered by Judge Nunn the precise question involved in this appeal is determined. The two appeals are from the same court, and the deed construed in that opinion is a companion one to the deed involved herein, having been made by the same grantor, at the same time, and in each case made by him to his grandchildren. For the reasons given therein the appellee, Banister, took a defeasible fee under the deed from his grandfather, which upon the death of the grandfather ripened into a fee simple; and, therefore, he had a good title to the land involved and appellant should be required to accept the deed tendered therefor.

Judgment affirmed.